# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (Honorable Judge Marilyn Huff)

| | |
|---|---|
| In the Matter of: ) | Case No.: 00CR1989-H |
| ) | |
| UNITED STATES OF AMERICA, ) | **ORDER EXONERATING** |
| ) | **CRIMINAL BOND AND** |
| Plaintiff, ) | **RECONVEYANCE OF** |
| ) | **TRUST DEED** |
| vs. ) | |
| ) | |
| Heriberto OCEJO-DAVILA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The criminal bond having been exonerated herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the real property located at 1300 Brown Court, Calexico, California 92231 be released and reconveyed to Heriberto and Andrea Ocejo, of 1300 Brown Court, Calexico, California 92231.

Dated December 29, 2006

Hon. Marilyn L. Huff
Judge of the United States District Court

1