```
                                                    FILED
                                              07 JUL -2 AM 8:11
                                            CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA

                                                   POC        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Judge Marilyn L. Huff)

| | |
|---|---|
| In the Matter of: | Case No.: 00CR1989-H |
| UNITED STATES OF AMERICA, | **ORDER EXONERATING CRIMINAL BOND AND RECONVEYANCE OF TRUST DEEDS** |
| Plaintiff, | |
| vs. | |
| Heriberto OCEJO-DAVILA, | |
| Defendant. | |

The criminal bond having been exonerated herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the real properties located at the following addresses be released and reconveyed to Heriberto and Andrea Ocejo, of 1300 Brown Court, Calexico, California 92231:

    Heriberto and Andrea Ocejo, trustors
    817 Emerson Ave.
    Calexico, Ca. 92231

    Heriberto and Andrea Ocejo, trustors
    721 Paulin Ave.
    Calexico, Ca. 92231

    Heriberto and Andrea Ocejo, trustors
    119 W. Brighton Ave.
    El Centro, Ca. 92243

**IT IS HEREBY ORDERED** that the real properties located at the following

address be released and reconveyed to Jose E. Ruiz and Francisca Ruiz Aragon of 432 Hamilton Ave., El Centro, Ca. 92243

    Jose E. Ruiz and Francisca Ruiz Aragon, trustors
    Parcels A and B
    432 E. Hamilton Ave.
    El Centro, Ca. 9224

Dated 6/28/07

                                  Hon. Marilyn L. Huff,
                                  Judge of the United States District Court